**Order entered April 25, 2022**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00242-CV
### No. 05-21-00373-CV

## IN THE INTEREST OF M.C.M. AND M.A.M., CHILDREN

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 366-53554-2020 and 366-50778-2021**

### ORDER

Before the Court is appellee's April 20, 2022 opposed second motion for a sixty-day extension of time to file his brief in each of these appeals. Appellee explains the extension is necessary, in part, because the reporter's record is incomplete and he "is in the process of trying to fund" the missing portion.

We **GRANT** the motion to the extent we **SUSPEND** the briefing deadline. We **ORDER** appellee to file, no later than May 5, 2022, written verification he has paid or made arrangements to pay for the missing record. We caution appellee that failure to comply may result in the appeal being submitted on the record currently before the Court.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE